UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TIMOTHY C. WATSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:12-cv-225 |
| | ) | *Judge Phillips* |
| | ) | |
| REUBEN HODGE, TONY HOWERTON, | ) | |
| MIKE PARRISH, JASON WOODALL, | ) | |
| CORPORAL CASHMOORE, and | ) | |
| JOHN DOES #1-5, | ) | |
| | ) | |
| Defendants. | ) | |

## **JUDGMENT ORDER**

In accordance with the accompanying Memorandum, plaintiff's motion for additional time is **DENIED**, plaintiff's motion to amend is **DENIED**, plaintiff's motion for certification is **DENIED**, and the motion to dismiss filed by defendants Howerton and Parrish is **GRANTED**. The matter is **DISMISSED** as to the remaining defendants, and this action is **DISMISSED IN ITS ENTIRETY**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

                                                  s/ Thomas W. Phillips
                                              United States District Judge

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
    CLERK OF COURT